UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREUDENBERG - NOK, G.P.,

    Plaintiff,                                              Case No. 05-70421

v.                                                                     Hon. John Corbett O'Meara

AUTO JUNTAS, S.A.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
## REPORT AND RECOMMENDATION

     This matter has come before the Court on the Magistrate Judge Majzoub's July 18, 2005 Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including any Objections, the Court finds that the Magistrate Judge reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby **ACCEPTS AND ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

                                                   s/John Corbett O'Meara
                                                   **John Corbett O'Meara**
                                                   **United States District Judge**

**Dated:  September 12, 2005**